STARKE MATHIS, *Plaintiff in Error,* v. STATE OF FLORIDA, *Defendant in Error.*

In a prosecution for assaulting a female child under ten years of age with intent to carnally know and abuse her, where the evidence of guilt is direct and positive, and is ample to sustain a conviction, the judgment will not be reversed on the ground that the evidence does not support the verdict.

Writ of error to the Circuit Court for Jackson County.

The facts in the case are stated in the opinion of the court.

*Smith* & *Davis* for Plaintiff in Error;

*Park Trammell,* Attorney General, and *C. O. Andrews* for the State.

PER CURIAM—The plaintiff in error was convicted and sentenced to the penitentiary for two years on a charge that he did "unlawfully and feloniously make an assault in and upon one P.————— a female child under the age of ten years, with intent to carnally know and abuse the said female child," the particulars being alleged.

On writ of error it is contended that the evidence does not support the verdict.

Unlike the case of Williams v. State, 20 Fla. 391, the evidence of guilt in this case is direct and positive. The evidence is ample to sustain the verdict, and no errors of law appearing the judgment is affirmed.

WHITFIELD, C. J., AND TAYLOR, SHACKLEFORD, COCKRELL AND HOCKER, J. J., concur.